IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OTHA SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3253 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD CLARKE and PATRICK COLERICK, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

    This matter is before the Court on plaintiff's motion for extension of time to file reply brief to defendants Clark's and Colerick's motion for summary judgment (Filing No. 49). The Court finds said motion should be granted.

    IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until May 9, 2005, to respond to defendants' motion for summary judgment.

    DATED this 3rd day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court