IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OTHA SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3253 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD CLARKE and PATRICK COLERICK, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion to withdraw as counsel for Patrick Colerick (Filing No. 70) filed by Stephanie A. Zeeb. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion to withdraw as counsel for Patrick Colerick filed by Stephanie A. Zeeb is granted.

2) Patrick Colerick shall advise this Court, in writing, whether or not he will obtain counsel. Said counsel shall enter an appearance on or before September 22, 2006.

3) The office of the Attorney General shall serve a copy of this order on Patrick Colerick.

DATED this 5th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court