IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OTHA SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3253 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD CLARKE and PATRICK COLERICK, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the letter/motion for extension of time to secure counsel by Patrick Colerick (Filing No. 77). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant Colerick shall have until November 3, 2006, to obtain counsel.

DATED this 4th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court